In the Matter of the Application of Abraham Quackenbush, a Bankrupt, Respondent, to Have Certain Judgments Discharged of Record. Franklin Burt, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Florence Keefe, an Infant, by William F. Keefe, Her Guardian ad Litem, Respondent, v. Charles L. Babcock, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Cornelia J. Kellum and Alice Corr, Plaintiffs, v. The Mission of the Immaculate Virgin for the Protection of Homeless and Destitute Children, Defendant.— Exceptions overruled, and judgment directed for the plaintiffs, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Minnie Kemper, Respondent, v. Solomon Goldenkranz, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Kensington Realty Company, Respondent, v. Edmund Wilson, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

August Keuthen, Respondent, v. Robert H. Elder, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

David Kratenstein, Appellant, v. Samuel Bikoff, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Francis La Bau, Respondent, v. Tammisin Madeleine R. Baker and Clarence S. Davison, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Dora Laschinsky, Appellant, v. David L. Tuhna and Others, Respondents.— Order of the Municipal Court reversed, with costs, and verdict reinstated, on authority of Laschinsky v. Margolis (ante, p. 529), decided herewith. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Arthur L. Lee, as Agent, etc., Respondent, v. Revolving Airship Tower Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Joseph Levin and Bertha Kronenberg, etc., Appellants, v. Jacob Schadoff, Impleaded with Others, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

David A. Linsky, Appellant, v. Albert C. Hessel, Respondent.— Judgment of of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.